# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN KRAINSKI,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, et al.,<br><br>        Defendants. | 2:08-CV-417 JCM (GWF)<br><br>Date:     N/A<br>Time:    N/A |

**ORDER**

Presently before the court is defendants State of Nevada ex. Rel. Board of Regents of the Nevada System of Higher Education et al's motion for entry of judgment. (Doc. #116). Also before the court is defendants' motion to withdraw motion for judgment (doc. #116). (Doc. #121).

On October 20, 2010, defendants filed a motion with this court for entry of judgment pursuant to Federal Rule of Civil Procedure 54 (doc. #116), requesting that this court enter judgment in the amount of $57.00. Despite several stipulations (docs. #118 and #120) to extend the deadline for plaintiff to oppose the motion, plaintiff failed to file an opposition to the motion. Subsequently, defendants filed a motion to withdraw their motion for entry of judgment (doc. #121), asserting that plaintiff submitted a check in the amount owed, thereby satisfying the judgment.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants State of Nevada ex. Rel. Board of Regents of the Nevada System of Higher Education et al's motion to withdraw motion for judgment (doc. #121) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS THEREFORE ORDERED that defendant's motion for entry of judgment (doc. #116)
2  be, and the same hereby is, VACATED.
3  DATED this 17th day of March, 2011.

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -